# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.  ltrust@osbornlawpc.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2023
```

December 14, 2023

> Request GRANTED. The Court adopts the scheduled provided below. Plaintiff's motion for judgment on the pleadings is due March 19, 2024. Defendant shall file a response by May 20, 2024. Plaintiff shall file a reply, if any, by June 3, 2024. No further extensions will be granted absent a showing of good cause.
>
> SO ORDERED:
>
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE    12/15/2023

**VIA ECF**

Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Hart v. Commissioner of Social Security*
             Civil Action No. 1:23-cv-08133-KHP

Dear Judge Parker,

    We write on behalf of our client, Jazmin Stephanie Hart, with the consent of the defense, to request additional time to file her motion for judgment on the pleadings which is currently due on December 20, 2023, per the Court's September 15, 2023 Standing Order. This is the parties' first request for an extension.

    After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **March 19, 2024;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **May 20, 2024**; and

- Plaintiff to file her reply, if any, on or before: **June 3, 2024.**

Honorable Katherine H. Parker
December 14, 2023
Page Two

        Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        s/Daniel A. Osborn
                                        Daniel A. Osborn
                                        OSBORN LAW, P.C.
                                        43 West 43rd Street, Suite 131
                                        New York, New York 10036
                                        Telephone:    212-725-9800
                                        Facsimile:     212-500-5115
                                        dosborn@osbornlawpc.com

cc: Ariella Renee Zoltan, Esq. (by ECF)