UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
JAZMIN STEPHANIE HART

                           Plaintiff,                      ORDER

                                                    1:22-cv-08133-GRJ

    v.

COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.
-------------------------------------------------------

GARY R. JONES, United States Magistrate Judge:

      Pending before the Court is the Stipulation and Order, filed by the parties. (Docket No. 15.) The parties stipulate and agree that the Commissioner's decision should be reversed and the case should be remanded to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. Upon remand the Commissioner will offer the plaintiff the opportunity for a hearing and issue a new decision.

      Accordingly, the Stipulation is approved. This case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. The

Clerk is directed to enter final judgment in favor of Plaintiff and then close the file.

Dated: May 17, 2024

SO ORDERED:

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge